[No. 14837-8-III. Division Three. July 22, 1997.]
EARL LEE, *Appellant*, v. YAKIMA SCHOOL DISTRICT NO.
7, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 94-2-00596-0, Robert N. Hackett, J., entered March 16, 1995. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Kurtz and Brown, JJ.

[No. 15304-5-III. Division Three. July 22, 1997.]
*In the Matter of the Marriage of* KATHRYN C. STONE, *Respondent*, and JOHN THOMAS STONE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-3-00963-0, Robert D. Austin, J., entered November 15, 1995. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kurtz, J.

[No. 15529-3-III. Division Three. July 22, 1997.]
VERN HOLDEN, *Respondent*, v. VIRGINIA BEAVERT, *Individually and as Personal Representative, Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 94-2-00427-1, Susan L. Hahn, J., entered February 2, 1996. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Kurtz and Brown, JJ.

[No. 15542-1-III. Division Three. July 22, 1997.]
BRENDA J. JONES, *Appellant*, v. TRAVIS T. CARTER, ET AL., *Defendants*, GARY CLEMENSEN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-2-00484-1, Paul A. Bastine, J., entered January 29, 1996. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Schultheis, A.C.J., and Kurtz, J.